IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RIZWAN NASEER PURI,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>TRAFFIC MONSOON and CHARLES DAVID SCOVILLE,<br><br>　　　　　　　Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br>Case No. 2:16-cv-00973<br><br>District Judge Ted Stewart<br>Magistrate Judge Dustin B. Pead |

Plaintiff *pro se* filed his Complaint on September 19, 2016.[1] Pursuant to an order entered in a separate case involving Defendants and the Securities and Exchange Commission, the case was stayed from May 18, 2017, until November 12, 2025. Subsequently, the matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge issued a Report and Recommendation on February 6, 2026.[2] This matter is before the Court for consideration of the Report and Recommendation.

The Magistrate Judge recommends that the Court dismiss this matter for failure to prosecute and comply with court orders pursuant to Fed. R. Civ. P. 41(b).[3] Pursuant to 28 U.S.C. § 636(b), a party has 14 days after being served with a copy of the Report and Recommendation

---

[1] Docket No. 1.

[2] Docket No. 13.

[3] *Olsen v. Mapes*, 333 F.3d 1199, 1205 n.3 (10th Cir. 2003) ("Although the language of Rule 41(b) requires that the defendant file a motion to dismiss, the Rule has long been interpreted to permit courts to dismiss actions sua sponte for a plaintiff's failure to prosecute or comply with the rules of civil procedure or court's orders.") (citation omitted).

to file an objection. Plaintiff has not done so. The Court has considered the materials in the file and the Report and Recommendation and agrees with the Magistrate Judge's findings and recommendation.

It is therefore

ORDERED that the Magistrate Judge's Report and Recommendation (Docket No. 13) is ADOPTED IN FULL. It is further

ORDERED that this matter is dismissed without prejudice.

DATED June 9, 2026.

BY THE COURT:

_____

District Court Judge
Ted Stewart

2